**No. 12-60694**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

**LUMINANT GENERATION CO. LLC, et al.,**

Petitioners,

v.

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL.,**

Respondents.

**PETITIONERS' UNOPPOSED MOTION TO FILE PUBLIC AND NON-PUBLIC VERSIONS OF OPENING BRIEF**

**Ruling Requested by June 11, 2013**

**June 5, 2013**

No. 12-60694

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
_____

**LUMINANT GENERATION CO. LLC, et al.,**

Petitioners,

v.

**UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,**

Respondent.

**PETITIONERS' UNOPPOSED MOTION TO FILE PUBLIC AND NON-PUBLIC VERSIONS OF OPENING BRIEF**

Pursuant to Fifth Circuit Rule 25.2.8 and Rule C(1) of the Court's CM/ECF Filing Standards, Petitioners Luminant Generation Company LLC and Energy Future Holdings Corp. (collectively, "Luminant Petitioners"), file this unopposed motion requesting that the Court grant Luminant Petitioners leave to file their opening brief with the Court in two separate formats: 1) a public version redacting confidential business information that is protected from public disclosure under provisions of the Clean Air Act, 42 U.S.C. § 7414(c), implementing regulations of the U.S. Environmental Protection Agency ("EPA"), and other law; and 2) a sealed

version for the Court that is not redacted. Luminant Petitioners' opening brief is due on **June 12, 2013**.

In support of this motion, Luminant Petitioners state as follows:

1. This case involves a petition for review under 42 U.S.C. § 7607(b) of EPA's July 13, 2012 Notice and Finding of Violation with respect to the Big Brown Power Plant in Freestone County, Texas ("Big Brown"), and Martin Lake Power Plant in Rusk County, Texas ("Martin Lake"). *See* Pet. for Review, Attach. A ("NFOV") (doc. 00511982816).

2. As EPA's Certified Index filed with the Court indicates, the NFOV, which is the subject of the petition for review, attaches a one-page appendix (the "Appendix") containing information designated by Luminant Petitioners as confidential business information ("CBI") in accordance with the Clean Air Act, 42 U.S.C. § 7414(c), the Trade Secrets Act, 18 U.S.C. § 1905, and EPA's regulations at 40 C.F.R. Part 2.[1] *See* Cert. Index to the Admin. Record at 6, ¶ 40, n.2 (doc. 00512193391); *see also* NFOV at 9 (indicating that copy of NFOV delivered to State of Texas excluded "Appendix containing material claimed as [CBI]"). As indicated on EPA's Certified Index, other information contained on the Certified Index is also designated as CBI. *See generally* doc. 00512193391.

---

[1] The Appendix contains information submitted by Luminant Petitioners to EPA in response to one or more information requests by EPA pursuant to its authority under section 114 of the Clean Air Act, 42 U.S.C. § 7414.

3.      Seven of the NFOV's 48 paragraphs—including 6 of the 10 paragraphs under the heading "VIOLATIONS"—reference the confidential Appendix.  *See* NFOV, ¶¶ 36-40, 42, 46.

4.      Consistent with EPA's regulations governing the confidentiality of business information at 40 C.F.R. Part 2, Luminant Petitioners provided the information, as indicated on the Certified Index, to EPA under a claim that the information is CBI and is entitled to confidential treatment in accordance with the Part 2 regulations.  *See* Cert. Index to the Admin. Record, ¶¶ 41, 43, 44, 46, 47, 52-56, 60-63.  *See also* 40 C.F.R. § 2.203(b) (providing that "[a] business may assert a business confidentiality claim covering the information [requested by EPA.]").  Unless and until EPA determines that the information is not entitled to confidential treatment, EPA is required to maintain the information as confidential, and accordingly EPA has not made these documents publicly available.  *See* Cert. Index to the Admin. Record at 6, ¶ 40, n.2 (doc. 00512193391) (and citations therein).

5.      Luminant Petitioners' principal brief is currently due on June 12, 2013.  Doc. 00512202410.  In order to fully address the issues before the Court with respect to the NFOV, Luminant Petitioners intend to reference and discuss in their brief the information contained in the Appendix and certain other information on the Certified List that is designated as CBI.

6. For these reasons, Luminant Petitioners respectfully request the Court's permission to file on or before June 12, 2013, two versions of its principal brief: 1) a public version redacting CBI; and 2) a sealed version for the Court that is not redacted. Luminant Petitioners respectfully request that the Court authorize it to file both the redacted and unredacted versions of its opening brief electronically, in accordance with Fifth Circuit Rule 25.2.8 and Rule C(1) of the Court's CM/ECF Filing Standards.

7. Allowing Luminant Petitioners to file their brief in this manner will assist the Court because the information contained in the Appendix and certain other documents contained on the Certified List that is designated as CBI is central to a number of issues to be briefed and submitted to the Court.

8. Counsel for Luminant Petitioners has conferred with Counsel for EPA regarding the relief requested in this motion. Counsel for EPA has stated that while EPA notes the status of Petitioners' claims of confidential business information, as explained in the Certified Index to the Administrative Record at p.6 n.2, and does not waive any right to challenge Petitioners' claims in any appropriate forum, EPA does not object to the relief requested by Petitioners' motion.

                  Respectfully submitted,

                  /s/ P. Stephen Gidiere III
                  Counsel for Luminant Petitioners

**Counsel for Luminant Petitioners:**

| | |
|---|---|
| Stephanie Z. Moore<br>General Counsel<br>Luminant Generation Company LLC<br>1601 Bryan Street, 22nd Floor<br>Dallas, Texas 75201 | Daniel J. Kelly<br>Associate General Counsel<br>Energy Future Holdings Corp.<br>1601 Bryan Street, 41st Floor<br>Dallas, Texas 75201 |
| P. Stephen Gidiere III<br>C. Grady Moore, III<br>Thomas L. Casey, III<br>Balch & Bingham LLP<br>1901 Sixth Ave. N., Ste. 1500<br>Birmingham, Alabama 35203<br>205-251-8100 | Peter D. Keisler<br>C. Frederick Beckner III<br>Sidley Austin LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005 |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 5th day of June, 2013.

/s/ P. Stephen Gidiere III
Counsel for Luminant Petitioners