# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 06, 2013

Mr. Clinton Frederick Beckner III
Sidley Austin, L.L.P.
1501 K Street, N.W.
Washington, DC 20005-0000

Mr. Thomas Lee Casey III
Balch & Bingham, L.L.P.
1901 6th Avenue, N.
Suite 1500
Birmingham, AL 35203-4642

Mr. Philip Stephen Gidiere III
Balch & Bingham, L.L.P.
1901 6th Avenue, N.
Suite 1500
Birmingham, AL 35203-4642

Ms. Lisa Elizabeth Jones
Sidley Austin, L.L.P.
1501 K Street, N.W.
Washington, DC 20005-0000

Mr. Peter D. Keisler
Sidley Austin, L.L.P.
1501 K Street, N.W.
Washington, DC 20005-0000

Mr. Carl Grady Moore III
Balch & Bingham, L.L.P.
1901 6th Avenue, N.
Suite 1500
Birmingham, AL 35203-4642

Ms. Stephanie Zapata Moore
Luminant
1601 Bryan Street
Energy Plaza
22-020
Dallas, TX 75201

No. 12-60694 consolidated with 13-60538,
Luminant Generation Co., L.L.C, et al v. EPA, et al
Agency No. EPA-HQ-2012-TX-01

We have filed the certified list. PETITIONER'S BRIEF AND EXCERPTS ARE DUE WITHIN 40 DAYS FROM THE DATE ABOVE, See FED. R. APP. P. and 5TH CIR. R. 28, 30 and 31. Except in the most extraordinary circumstances, the <u>maximum</u> extension for filing briefs is 40 days in agency cases. See also 5TH CIR. R. 30.1.2 and 5TH CIR. R. 31.1 to determine if you have to file electronic copies of the brief and record excerpts, and the Portable Document Format (PDF) you MUST use. See also 5TH CIR. R. 30.1 for the contents of the Record Excerpts which are filed instead of an appendix. You may access our briefing checklist on the Fifth Circuit's Website "www.ca5.uscourts.gov/clerk/docs/brchecklist.pdf". An intervenor's time is governed by 5TH CIR. R. 31.2. 5TH CIR. R. 42.3.2 allows the clerk to dismiss appeals **without notice** if the brief is not filed on time.

**<u>As outlined in the September 3, 2013, court order, the petitioners' briefs are due on October 16, 2013. Respondents' briefs are due on December 17, 2013, and any reply briefs are due on January 24, 2013.</u>**

**The caption for this appeal is attached, and we ask you to use it on any briefs filed with this court.**

Because this case is proceeding on a certified list of documents instead of the record, see 5TH CIR. R. 30.2. Petitioner must obtain a copy of the portions of the record relied upon by the parties in their briefs, and file them within 21 days from the date of filing of respondent's brief, with suitable covers, numbering and indexing.

Sincerely,

LYLE W. CAYCE, Clerk

By: _Shea E. Pertuit_
Shea E. Pertuit, Deputy Clerk
504-310-7666

Enclosure(s)

cc w/encl:
    Mr. Andrew J. Doyle

Case No. 12-60694

LUMINANT GENERATION COMPANY, L.L.C.; ENERGY FUTURE HOLDINGS CORPORATION,

        Petitioners

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LISA JACKSON, Administrator, United States Environmental Protection Agency,

        Respondents

------

Consolidated with 13-60538

------

LUMINANT GENERATION COMPANY, L.L.C.; BIG BROWN POWER COMPANY, L.L.C.,

        Petitioners

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

        Respondent