# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

LUMINANT GENERATION COMPANY
LLC and ENERGY FUTURE HOLDINGS
CORP.,

      Petitioners,

                                No. 12-60694

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY and GINA
McCARTHY, ADMINISTRATOR,
UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

      Respondents.
_____/

LUMINANT GENERATION COMPANY
LLC and BIG BROWN POWER COMPANY
LLC,

      Petitioners,

                                No. 13-60538

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY and GINA
McCARTHY, ADMINISTRATOR,
UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

      Respondents.
_____/

## EPA's RESPONSE TO PETITIONERS' MOTION TO FILE SEALED BRIEF

At this time EPA does not oppose the relief requested by "Petitioners' Motion to File Sealed Non-Public Version and Redacted Public Version of Opening Brief," filed on October 16, 2013 (Doc. 00512410101). However, EPA notes the status of Petitioners' claims of confidential business information, as explained in the Certified Index to the Administrative Record, filed September 5, 2013 (Doc. 00512364363), at page 6 of 12 of the index (footnote 2). Further, EPA does not waive any right to challenge Petitioners' claims of confidential business information in any appropriate forum.

                Respectfully submitted,

Date: October 21, 2013        Robert G. Dreher
                                   Acting Assistant Attorney General

                                   __/s/ Andrew J. Doyle_____
                                   Andrew J. Doyle, Senior Attorney
                                   United States Department of Justice
                                   Environment & Natural Resources Division
                                   P.O. Box 7611
                                   Washington, DC 20044
                                   (202) 514-4427 (p)
                                   (202) 514-8865 (f)
                                   andrew.doyle@usdoj.gov

OF COUNSEL:
Susan Stahle
Office of General Counsel
United States Environmental Protection Agency
1200 Pennsylvania Ave., NW
Washington, DC 20460

                                   Attorneys for EPA

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2013, I electronically filed the foregoing Response with the Clerk of the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system, which will send notification of said filing to the attorneys of record, who have registered with the Court's CM/ECF system.

                                          ___/s/ Andrew J. Doyle_____